OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL 08 2015

6/26/2015
HERNANDEZ, DAMIAN GALVAN AKA HERNANDEZ, DAMION GALVAN AKA
GALVAN, DAMIAN HERNANDEZ
Tr. Ct. No. CR13-0075-02                                    WR-82,010-03
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

DAMIAN GALVAN HERNANDEZ
ESTES UNIT - TDC # 1916190

**Bartlett Unit**
**1018 Arnold Dr.**
**Bartlett, TX   76511**

MEBN3B 76084